# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br>Western Supreme Inc | **FILED**<br><br>May 31, 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY KEN DEPUTY CLERK |
| **Defendant**<br>Marisol Campos | |
| **Chapter:** 11<br>**Case Number:** 8:11–bk–10976–RK<br>**Adversary Number:** 8:11–ap–01121–RK | **ORDER CLOSING ADVERSARY PROCEEDING** |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*Dated: 5/31/11*                                                                                          *By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

8/ KEN